**Lucas A. BATES, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 75722.

Missouri Court of Appeals, Western District.

Sept. 2, 2014.

**838**

Laura G. Martin, District Defender, Kansas City, MO, for Appellant.

Chris Koster, Attorney General, Karen L. Kramer, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division I: MARK D. PFEIFFER, Presiding Judge, and LISA WHITE HARDWICK and KAREN KING MITCHELL, Judges.

### Order

PER CURIAM:

Lucas Bates appeals the Judgment of the Circuit Court of Clay County, Missouri, denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. Mr. Bates contends that the motion court clearly erred in denying his motion because he received ineffective assistance of counsel. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).